

Est. 1959

# SNELL & SNELL, P.A.

*Attorneys at law*

436 North Peninsula Drive
Daytona Beach, Florida 32118

**WALTER W. SNELL**
**(1931-2018)**
**WALTER J. SNELL**

**(386) 255-5334**
**FAX: (386)255-5335**
snellandsnell@mindspring.com

April 21, 2026

Marie Hemnkel, Trustee          Via email:  mehenkel@yahoo.com

Re:  Leslie/Judy Flood/ 231 Riverside Unit #1510

Ms. Henkel:

This correspondence shall serve to confirm that my client, Moneytree Financial Services, Inc., has agreed to accept $173,266.88 in full satisfaction of its first mortgage on the above-referenced property and $2,000 in full satisfaction of its second mortgage on said property, contingent on the sale to  Rollan Roberts closing on or about July 2nd.  Please feel free to send via email a Satisfaction of Mortgage for each and I will ensure execution of same for recording. Proceeds may be made payable to  Moneytree Financial Services, Inc., P. O. Box 731135, Ormond Beach,  FL  32173. If you prefer to remit via wire, I will provide information for that upon request. Upon receipt of funds, the original Satisfactions can either be sent to closing agent for recording  or I can record if preferred.

Please call if any questions or further information is need./

Best personal regards,

Walter J. Snell

WJS/ws

Cc: Steve Shiller via email
     Thomas Payton via email