**ORDERED.**

**Dated: June 17, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re                                                                      Case No. 6:24-bk-06316-GER
                                                                           Chapter 7

Leslie Allen Flood and Judy Flood,

    Debtors.

_____/

**ORDER[1] GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE'S**
**INTEREST IN NON-HOMESTEAD REAL ESTATE IN VOLUSIA COUNTY, FLORIDA**

THIS CASE came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Volusia County, Florida, dated May 19, 2026, (the "Motion") (Doc. No. 27) filed by Marie E. Henkel, Chapter 7 Trustee ("Trustee"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; and no party has filed a response within the time permitted.  Therefore, the Court considers the matter to be unopposed. The Court, having reviewed the Motion and the file, and being otherwise apprised of the matter, it is

    **ORDERED**:

    1.     The Motion (Doc. No. 27) is **GRANTED**.

---

[1] The proposed order submitted to the Court was modified in Chambers.

2. Trustee is authorized to sell the estate's interest in property located at 231 Riverside Dr. #1510, Holly Hill, FL 32117 (the "Property"), which is more particularly described as:

**Unit 1510, Building 1, MARINA GRANDE ON THE HALIFAX I, A CONDOMINIUM, according to the Declaration of Condominium as recorded in Official Records Book 6136, Pages 4670, and all exhibits and amendments thereof, of the Public Records of Volusia County, Florida, together with an undivided interest in the common elements appurtenant thereto.**

**Parcel ID No. 5337-48-01-1510**

3. The Property shall be sold to Rollan Roberts, II ("Buyer") for the sale price of $245,000.00.

4. As represented by Trustee, no closing costs are to be paid by the Estate and Trustee has obtained short sale approval from the first and second mortgage holders who have authorized the following to be paid from the sales proceeds: normal closing costs, realtor fees and costs, sums necessary to satisfy an existing mortgage, 2025 property taxes, prorated 2026 real estate taxes, the settlement for the delinquent homeowners association dues, and bankruptcy estate carve out as described in the Motion.

5. Trustee is authorized to transfer title to the Property by Trustee's Deed, conveying the interest of the estate, subject to current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision and/or condominium, and public utility easements of record.

6. The Estate shall provide to Buyer a certified copy of this Order, a certified copy of Notice of Commencement, and a certified copy of the docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court order.

7.      The 14-day stay of this Order pursuant to Federal Rule of Bankruptcy Procedure 6004(h) is waived.

# # #

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.